IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DATHAN STEVENS,<br>        **Plaintiff**<br><br>v.<br><br>CAPTAIN ANDREWS, *et al.*,<br>        **Defendants** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 3:25-CV-1878<br><br>(Judge Munley) |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Within **21 days** of the date of this Order, Stevens shall notify the court in writing with his decision as to whether he wants to (1) voluntarily dismiss (with or without prejudice) his Section 1983 claims against Rowe, Ace, Sharrow, Flaherty, Pollock, Vangordon, and Clark from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i); (2) request severance of this action into <u>FIVE</u> separate lawsuits pursuant to Federal Rule of Civil Procedure 21; or (3) some combination of the foregoing two options.

2. If Stevens fails to timely respond to this Order, the court will be constrained to sever this case into <u>FIVE</u> separate cases pursuant to Federal Rule of Civil Procedure 21, and will screen each case as required by 28 U.S.C. § 1915A(a) in due course.

Date: 2/19/26

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court