IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DATHAN STEVENS,  :  No. 3:25-CV-1878
         Plaintiff  :
                               :  (Judge Munley)
   v.  :
                               :
CAPTAIN ANDREWS, *et al.*,  :
         Defendants  :

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS**

**ORDERED THAT**:

1. Plaintiff's Section 1983 complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Plaintiff, if he so desires, may file an amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this Order.

3. If no appropriate amended complaint is timely filed, dismissal will automatically convert to dismissal <u>with prejudice</u> and the court will CLOSE this case.

Date: 7/20/26

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court